IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:16-cv-02685 |
| | § | |
| NEW YORK LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roger Williams and Defendant New York Life Insurance Company (together, the "Parties"), through the undersigned counsel, announce to the Court that the matters in controversy between them have been settled. Because the Plaintiff is currently incarcerated, the Parties anticipate 60 days to finalize the settlement and file their dismissal pleadings.

Respectfully submitted,

By: ____/s/ Andrew G. Jubinsky_____
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    andy.jubinsky@figdav.com
    Charles M. Gearing
    Texas Bar No. 24069774
    charles.gearing@figdav.com

    **FIGARI + DAVENPORT, L.L.P.**
    901 Main Street, Suite 3400
    Dallas, Texas  75202
    Telephone: (214) 939-2000
    Facsimile: (214) 939-2090

    ATTORNEYS FOR DEFENDANT


By: ____/s/ Casey M. Brown_____
    Michael S. Callahan
    Texas Bar No. 00790416
    efiling@thecallahanlawfirm.com
    Casey M. Brown
    Texas Bar No. 24037176
    efiling@thecallahanlawfirm.com

    **THE CALLAHAN LAW FIRM**

    440 Louisiana Street, Suite 2050
    Houston, Texas 77002
    Telephone:  (713) 224-9000
    Facsimile:  (713) 224-9001

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's ECF system to Michael S. Callahan and Casey Brown, The Callahan Law Firm, 440 Louisiana Street, Suite 2050, Houston, Texas 77002, on this the 22nd day of November, 2017.

/s/ Charles M. Gearing
Charles M. Gearing