IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:16-cv-02685 |
| | § | |
| NEW YORK LIFE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, and in accordance with Fed. R. Civ. P 41(a)(1)(A)(ii), STIPULATE to a dismissal of the case, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

By: /s/ Casey M. Brown            By: /s/ Andrew G. Jubinsky

Michael S. Callahan                 Andrew G. Jubinsky
Texas Bar No. 00790416           Texas Bar No. 11043000
efiling@thecallahanlawfirm.com     andy.jubinsky@figdav.com
Casey M. Brown                    Charles M. Gearing
Texas Bar No. 24037176           Texas Bar No. 24069774
efiling@thecallahanlawfirm.com     charles.gearing@figdav.com

**THE CALLAHAN LAW FIRM**        **FIGARI + DAVENPORT, L.L.P.**

440 Louisiana Street, Suite 2050    901 Main Street, Suite 3400
Houston, Texas 77002            Dallas, Texas 75202
Telephone: (713) 224-9000      Telephone: (214) 939-2000
Facsimile: (713) 224-9001        Facsimile: (214) 939-2090

ATTORNEYS FOR PLAINTIFF        ATTORNEYS FOR DEFENDANT